UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

WILLIAM M. MCCOOL
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101

February 9, 2011

Jason B. Moore
Van Eyk & Moore, PPLC
100 West Harrison Street, N440
Seattle, WA 98119

RE:     Gina Kim v. Coach, Inc., et al
        C11-214 RSM

Dear Mr. Moore,

The above case was filed in the U.S. District Court on February 8, 2011 and you are listed as counsel for plaintiff on the Complaint. Upon reviewing the case in our electronic court filing system (ECF), I noticed you are not admitted to the Western District of Washington. Should you wish to be placed on the court docket as attorney of record, please take a moment to complete the Petition for Admission to Practice and file it along with the $200.00 filing fee. The petition can be found on our web site: www.wawd.uscourts.gov, under Reference Materials/Forms/Attorney Admission Petition. Completion of this form will also allow you to electronically file as well as be served electronically via e-mail.

E-filing procedures are available on our web site. We also offer a two hour hands-on training in e-filing. If you have any questions about the process for e-filing, or to register for training, please call the ECF Help Desk at 206-370-8440.

Thank you.


 s/ Paula McNabb 
Paula McNabb
Deputy Clerk