1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9 GINA KIM, on behalf of a class                    CASE NO. C11-214-RSM
consisting of herself and all other persons
10 similarly situated,                               ORDER GRANTING
DEFENDANTS' MOTION TO
11                     Plaintiffs,                   STRIKE CLASS ALLEGATIONS

12       v.

13 COACH, INC., a Maryland corporation,
and COACH SERVICES, INC., a
14 Maryland corporation,

15                     Defendants.

16       This matter comes before the Court upon Defendants' Motion to Strike Class Allegations

17 (Dkt. #42 & Dkt. #52, Ex. 3).  Plaintiffs have filed a Statement of Non-Opposition to

18 Defendants' motion.  Dkt. #48.  Accordingly, Defendants' motion is GRANTED.  All class

19 allegations are hereby stricken from Plaintiffs' second amended complaint.  Discovery shall be

20 limited to issues related directly to Plaintiff Gina Kim's case.  It is so ORDERED.

21       Dated June 6, 2011.

22

23                                                   _____
RICARDO S. MARTINEZ
24                                                   UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS - 1