THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GINA KIM,<br><br>    Plaintiffs, and as to Ms. Kim, counterclaim defendant,<br><br>v.<br><br>COACH, INC., a Maryland corporation, and COACH SERVICES, INC., a Maryland corporation,<br><br>    Defendants, and, as to Coach, Inc., counterclaim plaintiff. | No. 2:11-CV-00214 RSM<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs, by and through their counsel, defendant and counterclaim plaintiff Coach, Inc. and defendant Coach Services, Inc., by and through their counsel, hereby dismiss the above-captioned case with prejudice.

The parties agree that each will bear her/his/its own costs and fees.

///

///

///

///

///

STIPULATION OF DISMISSAL WITH
PREJUDICE - 1
No. 2:11-CV-00214 RSM

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

Respectfully submitted this 26th day of March, 2012.

 _s/ Jay S. Carlson_
Jay S. Carlson, WSBA No. 30411
Carlson Legal
100 W. Harrison St., Suite N440
Seattle, WA 98119
Tel:   206.291.7419
Fax:  206.260.2486
Email:  JayCarlson.legal@gmail.com

Attorney for plaintiffs and counterclaim defendant Gina Kim

 _s/ Jason B. Moore_
Jason B. Moore, WSBA No. 41324
Van Eyk & Moore, PLLC
100 W. Harrison St., Suite N440
Seattle, WA 98119
Tel:   206.445.0223
Fax:  206.452.0722
Email: jason@vaneyk-moore.com

Attorney for plaintiffs and counterclaim defendant Gina Kim

 _s/ Christopher Carney_
Christopher Carney, WSBA No. 30325
Carney Gillespie & Isitt PLLC
100 W. Harrison St., Suite N440
Seattle, WA 98119
Tel:   206.445.0207
Fax:  206.260.2486
Email:  christopher.carney@cgi-law.com

Attorneys for plaintiffs and counterclaim defendant Gina Kim

 _s/ Stellman Keehnel_
Stellman Keehnel, WSBA No. 9309
R. Omar Riojas, WSBA No. 35400
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Tel:   206.839.4800
Fax:  206.839.4801
E-mail: stellman.keehnel@dlapiper.com
E-mail: omar.riojas@dlapiper.com

Attorneys for defendant and counterclaim plaintiff Coach, Inc., and defendant Coach Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated this 26th day of March, 2012.

*/s/ Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309

WEST\223392111.1

STIPULATION OF DISMISSAL WITH
PREJUDICE - 3
No. 2:11-CV-00214 RSM

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800